IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00440-REB-KLM

HENRIETTA BRUCE,
MEZEGBU GOSHU, and
SHABANA HUSSAIN,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
ROB MATHER, District Director, United States Department of Homeland Security, Denver, Colorado, and
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Parties' **Joint Motion to Vacate Scheduling/Planning Conference** [Docket No. 5; filed April 23, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference currently set for April 30, 2008, and all accompanying deadlines or requirements, are **VACATED**.

    IT IS FURTHER **ORDERED** that the Parties are to submit a joint status report on or before **July 16, 2008**.

    Dated: April 24, 2008