# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00440-REB-KLM

HENRIETTA BRUCE,
MEZEGBU GOSHU, and
SHABANA HUSSAIN,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
ROB MATHER, District Director, United States Department of Homeland Security, Denver, Colorado, and
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

## ORDER

The Court, having reviewed the Unopposed Partial Motion to Dismiss, and sufficient cause appearing, hereby GRANTS the motion. IT IS ORDERED THAT:

(1) All claims asserted against the Federal Bureau of Investigation are hereby DISMISSED as moot.

(2) All claims asserted by Plaintiffs Henrietta Bruce and Mezegbu Goshu are hereby DISMISSED as moot.

(3) Henrietta Bruce, Mezegbu Goshu, and the Federal Bureau of Investigation shall henceforth be removed from the caption in this action.

(4) All remaining Defendants shall file an answer to all remaining claims within 10 days of the Court's order on this motion.

DATED: June 16, 2008.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge