IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00440-REB-KLM

SHABANA HUSSAIN,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and
ROB MATHER, District Director, United States Department of Homeland Security, Denver, Colorado,

    Defendants.
_____

# MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion by Defendants for Leave to File Answer Out of Time** [Docket No. 14; Filed July 9, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendants' Answer [Docket No. 14-2; Filed July 9, 2008] is **accepted for filing** as of the date of this Order.

    Dated: July 9, 2008