IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00440-REB-KLM

SHABANA HUSSAIN,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and
ROB MATHER, District Director, United States Department of Homeland Security, Denver, Colorado, and

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter comes before the court on the **Joint Motion To Administratively Close Case** [#21] filed August 6, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this matter should be closed administratively. Any party may seek to re-open this case on a showing of good cause.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Administratively Close Case** [#21] filed August 6, 2008, is **GRANTED**; and

2. That under D.C.COLO.LCivR 41.2, the clerk is **DIRECTED** to close this action administratively subject to reopening for good cause.

Dated August 7, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**