**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  08-cv-00440-REB-KLM

SHABANA HUSSAIN,

      Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and
ROB MATHER, District Director, United States Department of Homeland Security, Denver,
Colorado, and
UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

      Defendants.

---

### ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss All Claims By Plaintiff
Shabana Hussain Without Prejudice** [#23] filed October 13, 2008.  After careful review of the
motion and the file, I conclude that the motion should be granted and that this action should be
dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion To Dismiss All Claims By Plaintiff Shabana Hussain
Without Prejudice** [#23] filed October 13, 2008, is **GRANTED**; and

      2.  That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their
own attorney fees and costs.

      Dated March 27, 2009, at Denver, Colorado.

                               BY THE COURT:

                               Robert E. Blackburn
                               United States District Judge